# IN THE UNITED STATE DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MARTIN, et al.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CITIZENS FINANCIAL GROUP, INC., et al.** | : | No. 10-260 |

## ORDER

**AND NOW**, this 13th day of August, 2010, upon consideration of Plaintiffs' Motion to Transfer Venue, the response filed in opposition, Plaintiffs' reply brief, and Defendants' sur-reply thereto, it is hereby **ORDERED** that Plaintiffs' Motion (Doc. No. 44) is **DENIED**.

        **BY THE COURT:**

        /s/ Mitchell S. Goldberg
        _____
        **Mitchell S. Goldberg, J.**