IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEVIN MARTIN, et al.** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **CITIZENS FINANCIAL GROUP, INC., et al.** | : | **No. 10-260** |

## ORDER

**AND NOW**, this 27th day of March, 2013, upon consideration of "Defendants' Motion to Decertify the Collective Action" (Doc. No. 150), it is hereby **ORDERED** that the motion is **GRANTED**. The conditionally certified collective class is **DECERTIFIED**, and all individuals who have consented to join this lawsuit pursuant to 29 U.S.C. § 216(b) are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that a telephone conference will be scheduled for **Thursday, April 4, 2013** at **3:00 p.m.** in order to discuss the possibility of certifying a smaller, more precisely defined group of Plaintiffs. Counsel for Plaintiffs shall initiate the conference call prior to calling Chambers.

                                                                             **BY THE COURT:**

                                                                             **/s/ Mitchell S. Goldberg**

                                                                             _____

                                                                             **Mitchell S. Goldberg, J.**